# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** SPHEYR, INC.
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**SECTION OF LAW:** 1304 BCL - BUSINESS CORPORATION LAW
**DATE OF INITIAL DOS FILING:** 06/23/2020
**EFFECTIVE DATE INITIAL FILING:** 06/23/2020
**FOREIGN FORMATION DATE:** 06/04/2020
**COUNTY:** NEW YORK
**JURISDICTION:** DELAWARE, UNITED STATES

**DOS ID:** 5772856
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** CURRENT
**NEXT STATEMENT DUE DATE:** 06/30/2022
**NFP CATEGORY:**

### ENTITY DISPLAY

### Service of Process Name and Address

**Name:** THE CORPORATION

**Address:** 10 WEST 37TH STREET, 5TH FLOOR, NEW YORK, NY, UNITED STATES, 10018

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO