# SPHEYR, INC. - Capitalization Table (as of Dec 31, 2020)

| | Fully Diluted and Exercised Voting Shares |
|---|---:|
| Owen Muir◊ | 2,250,000.00 |
| David Balinski◊ | 2,250,000.00 |
| Tom Dolsak† | 5,000.00 |
| Art Baldwin† | 5,000.00 |
| Grant Moore† | 5,000.00 |
| Jamin Ferner† | 10,000.00 |
| Greg Brook† | 10,000.00 |
| Lauren Moy† | 10,000.00 |
| Tyler Smith† | 2,500.00 |
| Ross Bjella† | 5,000.00 |
| Michelle Bernabe° | 117,500.00 |
| Unallocated Shares Authorized under 2020 Equity Incentive Plan* | 330,000.00 |
| Unallocated Shares Authorized under 2021 Equity Incentive Plan* | 0.00 |
| **TOTALS:** | **5,000,000.00** |

**LEGEND AND NOTES:**

◊ = Shares purchased upon formation of company.
† = Shares received as Restricted Stock awards under 2020 Equity Incentive Plan and asso(
° = Shares received as Restricted Stock awards under 2021 Equity Incentive Plan and assoc

| Fully Diluted and Exercised Non-Voting Shares | Fully Diluted Ownership Percentage* | Issuance Date | Issuance Price (per share basis) | Exercise Price |
|---|---|---|---|---|
| 0.00 | 40.909091% | 19-Jun-20 | $0.0001 | N/A |
| 0.00 | 40.909091% | 19-Jun-20 | $0.0001 | N/A |
| 0.00 | 0.090909% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.090909% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.090909% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.181818% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.181818% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.181818% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.045455% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 0.090909% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 2.136364% | 27-Jul-20 | $0.0001 | N/A |
| 0.00 | 6.000000% | | | |
| 500,000.00 | 9.090909% | | | |
| **500,000.00** | **100.000000%** | | | |

ciated restricted Restricted Stock Award Agreement. Not all Restricted Shares
iated restricted Restricted Stock Award Agreement. Not all Restricted Shares