UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPHEYR, INC.,

            Plaintiff,

– against –

BROOKLYN MINDS PSYCHIATRY P.C.,

            Defendant.

**ORDER**

22-cv-08427 (ER)

Ramos, D.J.:

      On November 15, 2023, the Court held a pre-motion conference concerning Spheyr's proposed motion to enforce a settlement agreement. The Court directed the parties to update the Court on settlement discussions. Given Spheyr's most recent submission, Doc. 49, the Court will set a briefing schedule on the motion as follows: Spheyr's opening brief is due by January 31, 2024; Brooklyn Minds's response is due by February 21, 2024; and Spheyr's reply is due by February 28, 2024. The parties may report back to the Court if they are able to reach a resolution while briefing is ongoing.

      SO ORDERED.

Dated:   January 10, 2024
             New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.