**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SPHEYR, INC.,

        Plaintiff,　　　　　　　　　　　　　　22 **CIVIL** 8427 (ER)

  -v-　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

BROOKLYN MINDS PSYCHIATRY P.C.,

        Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 20, 2024, Spheyrs motion to enforce the settlement is GRANTED. Judgment is entered in the amount of $150,000 in favor of Spheyr, and the case is closed.

**Dated:**  New York, New York

    June 20, 2024

                                        **DANIEL ORTIZ**
                                  **Acting Clerk of Court**

               **BY:**  _____
                                      **Deputy Clerk**