ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPHEYR, INC., | Case No. 22 Civ. 08427 (ER) |
| Plaintiff, | |
| v. | |
| BROOKLYN MINDS PSYCHIATRY, P.C., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12|20|2024_

## ASSIGNMENT OF JUDGMENT

This Assignment is made as of the 25th day of November 2024 [the "Assignment"] between **SPHEYR, INC.**, with an address 51 Red Sunset Drive, Glenmoore, PA 19343 ["Assignor"] and **MCI THREE HOLDINGS LLC**, a New York Limited Liability Company, with an address at 4403 15th Avenue, Suite 530, Brooklyn, NY, 11219 ["Assignee"]; and

WHEREAS, on or about June 20, 2024, judgment was recovered in the United States District Court for the Southern District of New York, in favor of Assignor, and against defendant BROOKLYN MINDS PSYCHIATRY, P.C. [the "Judgment Debtor"] in the sum of $150,000.00 ECF Doc. #62, [the "Judgment"]; and

WHEREAS, Assignor owns and possesses all right, title and interest in and to the Judgment obtained; and

WHEREAS, Assignee is desirous of obtaining all right, title and interest in and to the Judgment, and

NOW THEREFORE, in exchange for ten dollars and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby assign, sell, transfer and convey to Assignee, its successors, executors, administrators and assigns, all of Assignor's right, title, and interest in and to the Judgment, if any, and all rights to collect all damages and payments for and related to the Judgment, if any.

This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

This Assignment shall be governed by, construed and enforced in accordance with the laws of the State of New York (without application of principles of conflicts of law).

This Assignment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

*[Execution Page Follows]*

1

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the date first written above.

SPHEYR, INC
("Assignor")

By: _____

Name:  David Balinski
Title: Chief Executive Officer

On the 4th day of December, 2024, before me, the undersigned, personally appeared David Balinski, an officer of SPHEYR, INC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[SEAL]

Commonwealth of Pennsylvania - Notary Seal
Theresa C. DiLibero, Notary Public
Chester County
My commission expires May 23, 2025
Commission number 1040044
Member, Pennsylvania Association of Notaries

Notary Public  Theresa C. DiLibero
My Commission Expires: May 23, 2025

ACKNOWLEDGED AND ACCEPTED BY:

MCI THREE HOLDINGS LLC
("Assignee")

By: _____
Name:
Title:

On the ___ day of December, 2024, before me, the undersigned, personally appeared _____, a(n) _____ of MCI THREE HOLDINGS LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[SEAL]

Notary Public
My Commission Expires:

2

*Commonwealth of Pennsylvania*
*County of _____*

IN WITNESS WHEREOF, the undersigned have executed this Assignment as of the date first written above.

SPHEYR, INC
("Assignor")

By: _____
Name: David Balinski
Title: Chief Executive Officer

On the 4th day of December, 2024, before me, the undersigned, personally appeared David Balinski, an officer of SPHEYR, INC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[SEAL]

Commonwealth of Pennsylvania - Notary Seal
Theresa C. DiLibero, Notary Public
Chester County
My commission expires May 23, 2025
Commission number 1040044
Member, Pennsylvania Association of Notaries

Notary Public Theresa C. DiLibero
My Commission Expires: May 23, 2025

ACKNOWLEDGED AND ACCEPTED BY:

MCI THREE HOLDINGS LLC
("Assignee")

By: _____
Name: Judy Minster
Title: Member

On the 16 day of December, 2024, before me, the undersigned, personally appeared Judy Minster, a(n) Member of MCI THREE HOLDINGS LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public
My Commission Expires: 03/26/2026

[SEAL]
JEANETTE ELIZA VENEGAS
Notary Public, State of New York
Registration #01VE6372833
Qualified in Queens County
Commission Expires March 26, 2026

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SPHEYR, INC.,

                                Plaintiff,                    22 **CIVIL** 8427 (ER)

            -v-                                               **JUDGMENT**


BROOKLYN MINDS PSYCHIATRY P.C.,

                                Defendant.
-----------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated June 20, 2024, Spheyrs motion to enforce the

settlement is GRANTED. Judgment is entered in the amount of $150,000 in favor of Spheyr, and

the case is closed.

**Dated:**  New York, New York


        June 20, 2024


                                                    **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                                    BY: _____
                                                    **Deputy Clerk**